**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


ROCHELLE PRICE                                       CIVIL ACTION

VERSUS                                               NO.  25-283

BOARD OF SUPERVISORS OF THE                          SECTION   "T" (2)
UNIVERSITY OF LOUISIANA SYSTEM, ET AL


**O R D E R**

The Court has been notified that one of the parties to this proceeding is unwilling to proceed

to trial before the Magistrate Judge under 28 U.S.C. § 636(c).

Accordingly,

**IT IS ORDERED** that the automatic referral in this case is **VACATED** except for those

other pretrial matters so referred under L.R. 72.1.

New Orleans, Louisiana, this 9th day of June, 2025.


_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE