UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROCHELLE PRICE | CIVIL ACTION |
| VERSUS | NO: 25-00283 |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, et al. | SECTION: T (2) |

### ORDER AND REASONS

Before the Court is a Motion for Summary Judgment filed by Defendants Alexander C Barnes, Board of Supervisors of the University of Louisiana System, Alison Hadaway, and Christy R Hawxhurt. R. Doc. 19. The matter was noticed for submission to the Court on January 14, 2026. *Id.* To date, Plaintiff Rochelle Price has not filed a response; accordingly, the Motion is deemed to be unopposed.[1] The Court has reviewed the Complaint (R. Doc. 1), the Motion and the exhibits thereto (R. Doc. 19), as well as the applicable law. Finding that the Motion has merit, the Court will grant the Motion and dismiss Plaintiff's claims with prejudice.

Accordingly,

---

[1] Under Local Rule 7.5 of the Eastern District of Louisiana, "[e]ach party opposing a motion must file and serve a memorandum in opposition to the motion with citations of authorities no later than eight days before the noticed submission date." Plaintiff's response was therefore due in this Court on or before January 6, 2026.

**IT IS ORDERED** that Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 2nd day of February 2026.

                                          GREG GERARD GUIDRY
                                        UNITED STATES DISTRICT JUDGE